IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORIGINATE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURO ARCHER & ONEILL LLP, A D.C. LIMITED LIABILITY PARTNERSHIP, et al.,<br><br>    Defendants. | Case No. 22-cv-07461-CRB<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS** |

Plaintiff Originate sues Defendants Mauro Archer & O'Neill LLP, Fletcher Strategies LLC, Perfected Claims, LLC, and DOES 1 through 20 (collectively "Defendants") in connection with Originate's contract with Fletcher to develop a platform to manage California wildfire victims' tort claims. See Compl. (dkt. 1-2). Originate brings claims in this case for (1) breach of contract, (2) breach of the implied covenant of good faith and fair dealing, (3) quantum meruit, (4) promissory estoppel, and (5) negligent misrepresentation. Id. Defendants move to dismiss the second, third, and fifth causes of action with respect to all Defendants, and the first cause of action with respect to Defendants Mauro Archer and Perfected Claims. See Mot. (dkt. 7).

The Court DENIES Defendants' motion to dismiss in its entirety, because Originate has adequately pleaded the challenged claims.

**IT IS SO ORDERED.**

Dated: February 2, 2023

CHARLES R. BREYER
United States District Judge