1  KIBLER FOWLER & CAVE LLP
   Matthew J. Cave (SBN 280704)
2  mcave@kfc.law
   Andrew C. Whitman (SBN 312244)
3  awhitman@kfc.law
   11100 Santa Monica Blvd., Suite 500
4  Los Angeles, California 90025
   Telephone:  (310) 409-0400
5  Facsimile:   (310) 409-0401

6  *Attorneys for Originate, Inc.*

7  DYKEMA GOSSETT LLP
   ABIRAMI GNANADESIGAN, State Bar No. 263375
8  *AGnanadesigan@dykema.com*
9  444 South Flower Street, Suite 2200
   Los Angeles, California 90071
10 Telephone: (213) 457-1800
11 Facsimile: (213) 457-1850

12 Attorneys for Defendants
13 MAURO ARCHER & O'NEILL, LLP and PERFECTED CLAIMS, LLC and
   Defendant/Counter-Plaintiff FLETCHER STRATEGIES, LLC
14
15 *(Additional Counsel for Defendants Listed on the Following Page)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORIGINATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAURO ARCHER & O'NEILL LLP, a D.C. limited liability partnership; FLETCHER STRATEGIES LLC, a Texas corporation; PERFECTED CLAIMS, LLC, a U.S. Virgin Islands limited liability company; and DOES 1 through 20,<br><br>Defendants. | CASE NO. 3:22-cv-07461-CRB<br><br>**JOINT STATUS REPORT CONCERNING DEFENDANTS' MOTION TO AMEND THE PROTECTIVE ORDER**<br><br>Assigned to Honorable Charles R. Breyer<br>Courtroom: 6<br><br>Referred to Honorable Peter H. Kang for discovery<br><br>State Action Filed:  September 26, 2022<br>Notice of Removal: November 23, 2022<br>Trial Date:          None |

1  FLETCHER STRATEGIES, LLC
2          Counterclaimant,
3      v.
4  ORIGINATE, INC., a Delaware corporation,
5          Counter-defendant.
6

7  J. DANIEL HARKINS *(Pro Hac Vice)*
   *DHarkins@dykema.com*
8  112 East Pecan Street, Suite 1800
9  San Antonio, Texas 78205
   Telephone: (210) 554-5500
10 Facsimile: (210) 226-8395
11
12 MICHAEL P. ADAMS *(Pro Hac Vice)*
   *MAdams@dykema.com*
13 111 Congress Avenue, Suite 1800
   Austin, Texas 78701
14 Telephone: (512) 703-6300
15 Facsimile: (512) 703-6399
16
   KAREN R. POPPEL (*Pro Hac Vice*)
17 *kpoppel@dykema.com*
   1301 K Street NW
18 Suite 1100 West
19 Washington, D.C. 20005
   Telephone: (202) 906-8600
20

21
22
23
24
25
26
27
28

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

# JOINT STATUS REPORT

The parties to the above-entitled action are pleased to report that after further meeting and conferring, and in the interest of avoiding discovery disputes, Plaintiff Originate, Inc. has accepted Defendants Fletcher Strategies, LLC, Perfected Claims, LLC, and Mauro Archer & O'Neill LLP's proposed modifications to the Stipulated Protective Order for Highly Confidential and Attorneys' Eyes Only Information: For Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets (ECF No. 67), as set forth in Exhibit 2 to Defendants' Motion to Amend Protective Order (ECF No. 80-1 at Exhibit 2).

Enclosed herewith is the proposed amended protective order, which is now signed by counsel for the Parties ("Amended Protective Order").  The parties hereby request the Court enter the Amended Protective Order.

Dated:  December 1 , 2025    KIBLER FOWLER & CAVE LLP

By:    */s/ Matthew J. Cave*
MATTHEW J. CAVE
ANDREW C. WHITMAN
*Attorneys for Originate, Inc.*

Dated:  December 1, 2025     DYKEMA GOSSETT LLP


By:    */s/ J. Daniel Harkins*
     ABIRAMI GNANADESIGAN
     J. DANIEL HARKINS
     MICHAEL ADAMS
     KAREN POPPEL

*Attorneys for Defendants MAURO ARCHER & O'NEILL, LLP and PERFECTED CLAIMS, LLC and Defendant/Counter-Plaintiff FLETCHER STRATEGIES, LLC*

## **ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I, J. Daniel Harkins, the submitting attorney, hereby attest that all of the signatories listed concur in the filing's content and have authorized the filing.

Dated:  December 1, 2025     DYKEMA GOSSETT LLP


By:    */s/ J. Daniel Harkins*
     J. DANIEL HARKINS
     *Attorneys for Defendants MAURO ARCHER & O'NEILL, LLP and PERFECTED CLAIMS, LLC and Defendant/Counter-Plaintiff FLETCHER STRATEGIES. LLC*

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071