KIBLER FOWLER & CAVE LLP
Matthew J. Cave (SBN 280704)
mcave@kfc.law
Andrew C. Whitman (SBN 312244)
awhitman@kfc.law
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:   (310) 409-0400
Facsimile:   (310) 409-0401

*Attorneys for Plaintiffs and Counter-defendant Originate, Inc.*

DYKEMA GOSSETT LLP
ABIRAMI GNANADESIGAN, State Bar No. 263375
*AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendants
MAURO ARCHER & O'NEILL, LLP and Defendants/Counter-Plaintiffs
PERFECTED CLAIMS, LLC and FLETCHER STRATEGIES, LLC

*(Additional Counsel for Defendants Listed on the Following Page)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ORIGINATE, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>      v.<br><br>MAURO ARCHER & O NEILL LLP, a D.C. limited liability partnership; FLETCHER STRATEGIES LLC, a Texas corporation; PERFECTED CLAIMS, LLC, a U.S. Virgin Islands limited liability company; WATTS GUERRA LLP, a Texas limited liability partnership; WATTS GUERRA LLC, a Texas limited liability company; GUERRA LLP, a Texas limited liability partnership; WATTS LAW FIRM LLP, | CASE NO. 3:22-cv-07461-CRB<br><br>**JOINT STIPULATION & REQUEST FOR AN ORDER EXTENDING TIME TO RESPOND TO AMENDED COUNTERCLAIMS AND CASE DEADLINES; [~~PROPOSED~~] ORDER**<br><br>Assigned to Honorable Charles R. Breyer<br>Courtroom: 6<br><br>State Action Filed: September 26, 2022<br>Notice of Removal: November 23, 2022<br>Trial Date:      None |

Case No. 3:22-cv-07461-CRB

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COUNTERCLAIM

a Texas limited liability partnership;
and DOES 1 through 20,

Defendants.

FLETCHER STRATEGIES, LLC and
PERFECTED CLAIMS, LLC

Counterclaimants,

v.

ORIGINATE, INC., a Delaware
corporation, and MICHAEL JUDD, an
individual,

Counter-defendants.

J. DANIEL HARKINS *(Pro Hac Vice)*
*DHarkins@dykema.com*
112 East Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

MICHAEL P. ADAMS *(Pro Hac Vice)*
*MAdams@dykema.com*
111 Congress Avenue, Suite 1800
Austin, Texas 78701
Telephone: (512) 703-6300
Facsimile: (512) 703-6399

KAREN R. POPPEL (*Pro Hac Vice*)
*kpoppel@dykema.com*
1301 K Street NW
Suite 1100 West
Washington, D.C. 20005
Telephone: (202) 906-8600

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COUNTERCLAIM

## JOINT STIPULATION

This Joint Stipulation and Request to Extend Time to Respond to Counterclaimants' Amended Counterclaims ("Stipulation") is entered into by and between Plaintiff and Counter-defendant Originate, Inc., on the one hand, and Defendants and Counterclaimants Fletcher Strategies LLC and Perfected Claims, LLC ("Counterclaimants") and Defendant Mauro Archer & O'Neill LLP (with the Counterclaimants, "Defendants"), on the other hand, through their respective counsel.

WHEREAS, the Court granted Plaintiff Originate, Inc.'s Motion for Leave to Amend its Complaint and Defendants Fletcher Strategies, LLC and Perfected Claims, LLC's Motion for Leave to Amend Counterclaims and Join a New Party on January 21, 2026;

WHEREAS, Counterclaimants filed their Amended Counterclaims on January 22, 2026;

WHEREAS, Counterclaimants have not yet served their Amended Counterclaims on new party Michael Judd (Mr. Judd, together with Originate, the "Counter-defendants");

WHEREAS, Originate has not yet filed its amended pleading;

WHEREAS, Originate's responsive pleading to Counterclaimants' Amended Counterclaims is currently due on February 5, 2026;

WHEREAS, Originate and Defendants appeared for a status conference before Magistrate Judge Spero on January 28, 2026, and came to a tentative agreement regarding the disposition of the case;

WHEREAS, a further settlement conference has been scheduled for February 11, 2026 at 1:30 P.M.;

WHEREAS, Originate and Counterclaimants have agreed to extend the time for Originate to respond to Counterclaimants' Amended Counterclaims for thirty (30) days;

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COUNTERCLAIM

WHEREAS, the parties have agreed on the following proposed schedule, which further extends all previously set deadlines by ninety (90) days. Absent unforeseen circumstances, the parties do not expect to propose any further extensions of this case schedule:

| | |
|---|---|
| **Fact discovery cutoff:** | June 4, 2026 |
| **Expert designation:** | July 2, 2026 |
| **Expert discovery cutoff:** | September 1, 2026 |
| **Dispositive motion cutoff:** | October 13, 2026 |
| **Dispositive motion hearing:** | December 16, 2026 |
| **Daubert motions hearing:** | December 16, 2026 |
| **Motions *in limine*:** | _____ |
| **Joint Pretrial Statement:** | _____ |
| **Pretrial conference:** | _____ |
| **Trial:** | _____ |

For the above good cause, Originate and the Counterclaimants stipulate and respectfully request that the Court extend Originate's current responsive pleading deadline by thirty (30) days and the parties stipulate and respectfully request that the current case deadlines be extended by ninety (90) days as set forth below.

Dated:  February 4, 2026                    KIBLER FOWLER & CAVE LLP

By:      */s/ Matthew J. Cave*
_____
MATTHEW J. CAVE
ANDREW C. WHITMAN
Attorneys for Plaintiff and Counter-
defendant Originate, Inc.

Dated: February 4, 2026          DYKEMA GOSSETT LLP


By:    /s/ J. Daniel Harkins
       ABIRAMI GNANADESIGAN
       J. DANIEL HARKINS
       MICHAEL ADAMS
       KAREN R. POPPEL

       *Attorneys for Defendants MAURO ARCHER &
       O'NEILL, LLP and Defendants/Counter-
       Plaintiffs PERFECTED CLAIMS, LLC and
       FLETCHER STRATEGIES, LLC*


## ATTESTATION

Pursuant to L.R. 5-1(i)(3), I, Matthew Cave, the submitting attorney, hereby attest that all of the signatories listed concur in the filing's content and have authorized the filing.


Dated: February 4, 2026          KIBLER FOWLER & CAVE LLP


By:    /s/ Matthew J. Cave
       MATTHEW J. CAVE
       *Attorneys for Originate. Inc.*

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COUNTERCLAIM

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

# [~~PROPOSED~~] ORDER

Based on the foregoing Joint Stipulation & Request For An Order Extending Originate's Responsive Pleading Deadline, and for good cause shown:

The Court hereby extends the deadline for Originate's response to Counterclaimants' Amended Counterclaims from February 5, 2026 to March 9, 2026, and the Court hereby adopts the following case deadlines:

| | |
|---|---|
| **Fact discovery cutoff:** | June 4, 2026 |
| **Expert designation:** | July 2, 2026 |
| **Expert discovery cutoff:** | September 1, 2026 |
| **Dispositive motion cutoff:** | October 13, 2026 |
| **Dispositive motion hearing:** | December 16, 2026 |
| **Daubert motions hearing:** | December 16, 2026 |
| **Motions *in limine*:** | _____ |
| **Joint Pretrial Statement:** | _____ |
| **Pretrial conference:** | _____ |
| **Trial:** | _____ |

**IT IS SO ORDERED.**

DATED:   ___February 4_____, 2026

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C